UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHL CLIPPER CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> CONAIR CORPORATION AND CONAIR LLC, <br><br> Defendant. | Case No. 1:23-CV-00114-JCG-LDH <br><br> **Order** |

This case was reassigned to the undersigned judge on November 3, 2023.  28 U.S.C.

§ 636(b)(1) authorizes the judge presiding over a case to refer pretrial matters to a magistrate

judge.  28 U.S.C. § 636(b)(1).  Upon consideration of all papers and proceedings in this action, it

is hereby

**ORDERED** that all discovery disputes previously referred to Magistrate Judge Laura D.

Hatcher, including any that arise in connection with expert reports, are no longer referred to

Magistrate Judge Hatcher and will be handled by Judge Choe-Groves.


DATED: November 20, 2023

 /s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge*

---

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.

**ORDER - 1**