UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHL CLIPPER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION AND CONAIR LLC,<br><br>Defendants. | Case No. 1:23-CV-00114-JCG-LDH<br><br>**Order** |

      Defendants Conair Corporation and Conair LLC ("collectively, "Defendants") filed Defendants' Motion to Dismiss Plaintiff's Complaint in Part ("Defendants' Motion to Dismiss"), (D.I. 9). The Court referred Defendants' Motion to Dismiss to Magistrate Judge Sherry R. Fallon. Order (Apr. 5, 2023), (D.I. 16). Judge Fallon entered a Report and Recommendation recommending that Defendants' Motion to Dismiss be denied. R. & R., (D.I. 41). Now before the Court are Defendants' Objections to the Magistrate Judge's Report and Recommendation that the Court Deny Defendants' Motion to Dismiss Plaintiff's Complaint in Part ("Defendants' Objections"), (D.I. 46). Plaintiff filed Plaintiff's Response in Opposition to Defendants' Objections to Judge Fallon's November 6, 2023, Report and Recommendation to Deny Defendant's Motion to Dismiss ("Plaintiff's Response"), (D.I. 49).

      Following a *de novo* review of the Magistrate Judge's Report and Recommendation, and a review of the Parties' objections and responses, the Court agrees with the Magistrate Judge's conclusions and adopts the Report and Recommendation, (D.I. 41), in its entirety. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

      Regarding the motion to dismiss Count I: Patent Infringement, Defendants have no

**ORDER - 1**

objections to the Magistrate Judge's recommendation.  Defs.' Objs. at 1, n. 1.  Because the Magistrate Judge's analysis correctly applied the plausibility standard set forth in Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555–56 (2007) and Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009), the Court agrees with the Magistrate Judge's analysis and adopts her recommendation to deny Defendants' motion to dismiss Count I of Plaintiff's Complaint.

Regarding Count III: Trademark Infringement, Defendants rely on authority from jurisdictions outside of the Third Circuit that are not binding on this Court.  As the Magistrate Judge noted, the district courts within the jurisdiction of the Third Circuit have not extended the affirmative defense of classic/descriptive fair use in the context of dismissal of a complaint at the pleading stage. R. & R. at 8.  Because Defendants' affirmative defense of classic/descriptive fair use is not apparent on the face of the complaint and requires a development of the facts not yet on the record, the Court agrees with the Magistrate Judge's recommendation to deny the motion to dismiss Count III of Plaintiff's Complaint on the basis that it is premature.

Upon the Court's *de novo* review of the Magistrate Judge's Report and Recommendation, (D.I. 41), Defendants' Objections, (D.I. 46), and Plaintiff's Response, (D.I. 49), it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, (D.I. 41), is ADOPTED in its entirety; and it is further

**ORDER - 2**

**ORDERED** that Defendants' Objections, (D.I. 46), are OVERRULED; and it is further

**ORDERED** that Defendants' Motion, (D.I. 9), is DENIED.

DATED: January 16, 2024

 /s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.

**ORDER - 3**