IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHL CLIPPER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION and CONAIR LLC,<br><br>Defendants. | C.A. No. 23-0114-JCG-LDH |

**JOINT MOTION REQUESTING A CLAIM CONSTRUCTION HEARING**

Pursuant to Paragraph 8 of the Court's Scheduling Order (D.I. 23), Plaintiff Wahl Clipper Corporation ("Plaintiff") and Defendants Conair Corporation and Conair LLC (collectively "Defendants") hereby respectfully request that the Court hold a claim construction hearing beginning at 9:00 A.M. on February 23, 2024. The parties state that claim construction briefing is complete, with the Joint Claim Construction Brief being filed simultaneously herewith. Subject to the approval of the Court, the parties request that argument be limited to 1.5 hours in total including rebuttal arguments, with the 1.5 hours to be divided equally between the parties (*i.e.*, 45 minutes each).

Dated: January 26, 2024

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
222 Delaware Ave, Suite 1200
Wilmington, DE 19801
Tel: (302) 300-2474
Fax: (302) 300-3456
E-mail: chad.stover@btlaw.com

Mark A. Hagedorn (admitted *pro hac vice*)
Alexis N. Degler (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 214-8311
Facsimile: (312) 759-5646

1

Email:  mark.hagedorn@btlaw.com
Email:  alexis.degler@btlaw.com
Sean M. Phipps (admitted *pro hac vice*)
One Marina Park Drive
Boston, MA  02210
Tel:  (617) 316-5326
Fax: (617) 316-5311
Email:  sean.phipps@btlaw.com

*Attorneys for Plaintiff,*
*Wahl Clipper Corporation*