UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHL CLIPPER CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION AND CONAIR LLC,<br><br>               Defendants. | Case No. 1:23-CV-00114-JCG-LDH<br><br>**Order** |

      Upon consideration of the Parties' Joint Motion Requesting a Claim Construction Hearing, D.I. 54, and all other papers and proceedings in this action, it is hereby

      **ORDERED** that the Parties' Joint Motion Requesting a Claim Construction hearing, D.I. 54, is granted; and it is further

      **ORDERED** that beginning at 10:00a.m. on February 23, 2024, the Court will hold a claim construction hearing at the United States District Court for the District of Delaware in Courtroom 6C; and it is further

      **ORDERED** that the claim construction hearing shall last 1.5 hours in total and each Party's arguments, including rebuttal arguments, shall not exceed 45 minutes.

                                              DATED: January 29, 2024

                                              /s/ Jennifer Choe-Groves
                                              Jennifer Choe-Groves
                                              U.S. District Court Judge*

---

\* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.

**ORDER - 1**