UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAHL CLIPPER CORPORATION,<br><br>                 Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION and CONAIR, LLC,<br><br>                 Defendants. | Case No. 1:23-CV-00114-JCG-LDH<br><br>**ORDER** |

## **ORDER**

Upon consideration of the Parties' Stipulation of Dismissal, D.I. 58, and all other papers and proceedings in this action, it is hereby

**ORDERED** that this case is dismissed with prejudice; and it is further

**ORDERED** that each Party shall bear its own fees, costs, and expenses.

Dated: March 22, 2024

 /s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge*

---

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.